UNITED STATES of America, Plaintiff–Appellee

v.

Jorge MAYA–OSORIO, Defendant–Appellant.

No. 15–40211

Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Oct. 22, 2015.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Evan Gray Howze, Laura Fletcher Leavitt, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, DENNIS, and HIGGINSON, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Jorge Maya–Osorio raises an argument that is foreclosed by *United States v. Izaguirre–Flores*, 405 F.3d 270, 277 (5th Cir.2005), which held that the North Carolina offense of taking indecent liberties with a child constituted "sexual abuse of a minor" and thus is a crime of violence for purposes of the 16–level enhancement un-

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

der U.S.S.G. § 2L1.2(b)(1)(A)(ii). Accordingly, the motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.